# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

Case No. 6D23-3181
Lower Tribunal No. 21-DP-443

——————————————————

In the Interest of A.G., a child.

A.C.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

——————————————————

Appeal from the Circuit Court for Lee County.
Gilberto Perez Judge.

December 1, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Toni A. Butler, of Alderuccio & Butler, LLC, Naples, for Appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED